ORDERED UNSEALED on 12/28/2023 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>PATRICK LUANGRATH,<br>Defendant. | Case No.: '23 MJ3685<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Ammunition |

The undersigned complainant, being duly sworn, states:

COUNT 1

On or about October 7, 2023, within the Southern District of California, defendant PATRICK LUANGRATH, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: ten (10) rounds of assorted 9-millimeter caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Amanda Renteria
Amanda Renteria, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 11th day of October 2023.

Michelle M. Pettit
Hon. Michelle M. Pettit
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On October 7, 2023, San Diego County Probation (SDCP) Officers and San Diego Police Department (SDPD) Officers conducted a probation compliance search of the residence located at 4617 F Street, in San Diego, California. The aforementioned address is the residence of record with SDCP for Probationer Osborn Thammavong. During the operational briefing prior to the search, SDCP Officers advised SDPD Officers that Thammavong's brother, identified as Patrick LUANGRATH, could possibly be at the residence. LUANGRATH is a previously convicted felon and currently on active parole with the state of California.

Shortly after, SDCP and SDPD Officers arrived at the residence to conduct the compliance check. Several family members of Osborn Thammavong were present at the residence, including LUANGRATH. LUANGRATH was placed in handcuffs and detained for the duration of the search.

Prior to the search of the vehicles, Officers asked the father of LUANGRATH, (identified as Vinny Thammavong), which vehicle LUANGRATH had been using recently. Vinny identified a white Infiniti JX35 as the vehicle LUANGRATH had been using recently. Additionally, LUANGRATH told SDPD Officers that he had been using the white Infiniti JX35 recently as well.

During the search of the vehicle, SDPD Officers unlocked the glovebox and observed an item wrapped in a black bandana. Upon removing the bandana, Officers located a black Glock-style, semi-automatic pistol bearing no legitimate manufacturer's markings or serial number (also known as a "ghost gun"), and a magazine containing ten (10) rounds of assorted 9-millimeter caliber ammunition inserted into the magazine well of the firearm.

Additionally, Officers located an envelope and paperwork bearing LUANGRATH's name, inside the glovebox.

LUANGRATH was placed under arrest for being a felon in possession of a firearm, felon in possession of ammunition, and the possession of an unregistered firearm. LUANGRATH was transported for further processing and later booked into Central Jail.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| **CONVICTION DATE** | **COURT OF CONVICTION** | **CHARGE** | **TERM OF IMPRISONMENT** |
|---|---|---|---|
| 10/10/2013 | CASC – San Diego | PC-Voluntary Manslaughter<br>PC-Burglary: First Degree | 11 Years' Prison,<br>16 Months Prison |

The ammunition was inspected. Preliminary checks revealed the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to communicate with other individuals under investigation, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.